**Opinion issued December 1, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00941-CR

———————————

## IN RE LEONARD D. FANIEL, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Leonard D. Faniel, filed a petition for writ of mandamus, asking us to order the respondent, Chris Daniels, Harris County District Clerk, to forward relator's 11.07 writ.[1]  TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2015).  By statute, we have no authority to issue a writ of mandamus against a district clerk unless required to enforce our jurisdiction.  *See* TEX. GOV'T CODE ANN. § 22.221

---

[1]  The underlying case is *State v. Faniel*, cause number 1459000, pending in the 179th District Court of Harris County, Texas, the Honorable Kristin M. Guiney presiding.

(West 2004).  Because relator does not seek a writ of mandamus to enforce our jurisdiction, we dismiss this petition.

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.

Do not publish.  TEX. R. APP. P. 47.2(b).